STATE OF CONNECTICUT *v.* JAMIE ST. PIERRE

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Louis S. Avitabile*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided September 27, 2000

THE JEWISH HOME FOR THE ELDERLY OF
FAIRFIELD COUNTY, INC. *v.* J. MICHAEL
CANTORE, JR., CONSERVATOR
(PERSON AND ESTATE OF
DIANA KOSMINER), ET AL.

The Supreme Court docket number is SC 16388.

*Elizabeth J. Stewart* and *Martha Everett Meng*, in support of the petition.

*James J. Farrell*, in opposition.

Decided September 27, 2000